**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| SHERIFF BRAD COE in his official capacity and KINNEY COUNTY, TEXAS; SHERIFF J.W. GUTHRIE in his official capacity and EDWARDS COUNTY, TEXAS; SHERIFF EMMETT SHELTON in his official Capacity and MCMULLEN COUNTY, TEXAS; SHERIFF ARVIN WEST in his official capacity and HUDSPETH COUNTY, TEXAS; THE FEDERAL POLICE FOUNDATION, ICE OFFICERS DIVISION, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 3:21-CV-00168 |
| JOSEPH R. BIDEN, JR., President, in his official capacity; THE UNITED STATES OF AMERICA; ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official Capacity; IMMIGRATION AND CUSTOMS ENFORCEMENT; TROY MILLER, Senior Official Performing the Duties of Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) ) | |

_____

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL**

1

Plaintiff Texas sheriffs, Texas counties, and the Federal Police Foundation, ICE Officers Division, hereby file this Motion for Leave to File Affidavit Under Seal.  In support of this Motion, Plaintiffs state the following:

1.      Plaintiffs wish to file an affidavit from an Immigration and Customs Enforcement ("ICE") officer representing the Federal Police Foundation.

2.      The information in the affidavit is likely be useful to the Court in the adjudication of this case, because it describes the practice of ICE in implementing the February 18 Memorandum.

3.      The affidavit contains information that could be used to identify other ICE officers who have provided information concerning the ICE procedures being used to implement the February 18 Memorandum at the center of this case.

4.      The information provided is potentially embarrassing to Defendants, as it indicates that preapproval requests to detain certain illegal aliens have been denied, even though the illegal aliens in question clearly presents a threat to the safety of the public.

5.      The ICE officers in question fear that the revelation of their identity may result in their supervising officers punishing them.  Such punishment could take the form of workplace reprimands, suspension, termination, or reassignment.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Affidavit of the Federal Police Foundation under seal, and that the Court thereby prohibit counsel for Defendants from providing that Affidavit to anyone in the Department of Homeland Security (DHS).

Dated:  July 8, 2021                By:  s/ Kris W. Kobach

**Kris W. Kobach** (*Attorney-in-charge*)
Kansas Bar No. 17280, admitted *pro hac vice*
Alliance for Free Citizens
P.O. Box 155
Lecompton, Kansas 66050
Telephone:  913-638-5567
kkobach@gmail.com

**Brent P. Smith**
Texas Bar No. 24080722, admitted *pro hac vice*
County Attorney, Kinney County, Texas
P.O. Box 365
Brackettville, Texas 78832
Telephone: 830-563-2240
bsmith@co.kinney.tx.us

**Christopher J. Hajec**
D.C. Bar No. 492551, *pro hac vice* applic. forthcoming
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, D.C. 20001
Telephone:  202-323-5590
info@irli.org

**Kimberly Kreider-Dusek**
Texas Bar No. 50511919
County Attorney, McMullen County, Texas
P.O. Box 237
Tilden, Texas 78072
kimberly.dusek@mcmullencounty.org

**Douglas Poole**
Texas Bar. No. 16115600
S.D. Texas Bar. No. 619
McLeod, Alexander, Powel, & Apffel, P.C.
802 Rosenberg
Galveston, Texas 77553
Telephone:  409-763-2481
dwpoole@mapalaw.com

*Attorneys for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Motion for Leave to File Affidavit Under Seal has been served on Defendants by electronic mail to counsel for Defendants below on this 8th day of July, 2021.

/s Kris W. Kobach
KRIS W. KOBACH

Adam D. Kirschner
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Adam.Kirschner@usdoj.gov