United States District Court
Southern District of Texas
**ENTERED**
July 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRAD COE, *et al.*, §§§ *Plaintiffs*, § VS. § § JOSEPH R. BIDEN JR., *et al.*, §§§ *Defendants*. § | CIVIL ACTION NO. 3:21-CV-168 |

## ORDER

Before the court is the defendants' motion to stay proceedings. Dkt. 10. That motion is granted. Accordingly, this case is stayed pending a decision on the defendants' motion to consolidate in *Texas, et al. v. United States, et al.*, 6:21-cv-16. When the motion to consolidate has been ruled on, the parties shall advise the court within one hour of receiving notice.

Signed on Galveston Island on the 14th day of July, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE