# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., *et al.* )<br>)<br>*Defendants*. ) | No. 3:21-CV-00168 |

_____

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

The following are persons, associations, units of government, or other entities, including parties to this litigation, that are financially interested in the outcome of the litigation.

1.      Plaintiff Texas sheriffs in their official capacity have a financial interest in the outcome of this litigation due to the fiscal costs imposed upon their offices by the conduct of Defendants.  By extension, other sheriffs in the State of Texas who are not named parties in this case may have a similar financial interest in the outcome of this legislation.

2.      Plaintiff Texas counties have a financial interest in the outcome of this litigation due to the fiscal costs imposed upon them by the conduct of Defendants.  By extension, other counties in the State of Texas that are not named parties in this case may have a similar financial interest in the outcome of this legislation.

3.      Plaintiff Federal Police Foundation is a non-profit organization that is an association of federal law enforcement officers, including Immigration and Customs Enforcement officers.  It has a financial interest in the outcome of this litigation due to the monetary and other costs imposed upon it by the conduct of Defendants.  There is no parent corporation of the Federal Police Foundation.

4.      The Alliance for Free Citizens is a non-profit organization that has a financial interest in the outcome of this litigation because it is bearing a portion of the litigation costs in support of Plaintiffs.  There is no parent corporation of the Alliance for Free Citizens.

5.  The Immigration Reform Law Institute is a non-profit organization that has a financial interest in the outcome of this litigation because it is bearing a portion of the litigation costs in support of Plaintiffs. There is no parent corporation of the Immigration Reform Law Institute.

Dated: July 30, 2021    By: s/ Kris W. Kobach
**Kris W. Kobach** (*Attorney-in-charge*)
Kansas Bar No. 17280, admitted *pro hac vice*
Alliance for Free Citizens
P.O. Box 155
Lecompton, Kansas 66050
Telephone: 913-638-5567
kkobach@gmail.com

**Brent P. Smith**
Texas Bar No. 24080722, admitted *pro hac vice*
County Attorney, Kinney County, Texas
P.O. Box 365
Brackettville, Texas 78832
Telephone: 830-563-2240
bsmith@co.kinney.tx.us

**Christopher J. Hajec**
D.C. Bar No. 492551, admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, D.C. 20001
Telephone: 202-323-5590
info@irli.org

**Kimberly Kreider-Dusek**
Texas Bar No. 50511919
County Attorney, McMullen County, Texas
P.O. Box 237
Tilden, Texas 78072
kimberly.dusek@mcmullencounty.org

**Douglas Poole**
Texas Bar. No. 16115600
S.D. Texas Bar. No. 619
McLeod, Alexander, Powel, & Apffel, P.C.

        802 Rosenberg
        Galveston, Texas 77553
        Telephone:  409-763-2481
        dwpoole@mapalaw.com

*Attorneys for Coe Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this Certificate of Interested Parties has been served on Defendants by operation of the CM/ECF system and by electronic mail to counsel for Defendants below on this 30th day of July, 2021.

                                        /s Kris W. Kobach
                                        KRIS W. KOBACH

Adam D. Kirschner
United States Department of Justice
Civil Division, Federal Programs Branch
Post Office Box 883
Washington, D.C. 20044
Adam.Kirschner@usdoj.gov