UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

_____

SHERIFF BRAD COE, *et al.*,

    *Plaintiffs*,

v.

JOSEPH R. BIDEN, JR., *et al.*,

    *Defendants*.

_____

Case No. 3:21-cv-00168

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF**

Prospective Amici American Civil Liberties Union and American Civil Liberties Union of Texas respectfully request the Court's permission to file a brief as amici curiae in opposition to Plaintiffs' preliminary injunction motion, Dkt. 42. Prospective Amici seek leave to file the attached brief to address Plaintiffs' claims challenging ICE's interim enforcement priorities. Prospective Amici respectfully submit that their brief will assist the Court in evaluating Plaintiffs' claims, particularly in light of Amici's experience with the statutory scheme at issue and its implementation in practice. Both parties have stated in writing that they do not oppose this motion.

The American Civil Liberties Union ("ACLU") Foundation is a nationwide, nonprofit, nonpartisan organization dedicated to the principles of liberty and equality embodied in the Constitution and this nation's civil rights laws. The ACLU Foundation's Immigrants' Rights Project engages in a nationwide litigation and advocacy program to

1

enforce and protect the constitutional and civil rights of immigrants. The ACLU of Texas is the ACLU's Texas affiliate.

Prospective Amici have litigated numerous cases involving immigrants' rights, including the legality of enforcement priorities. *See, e.g.*, Texas v. United States, et al., 6:21-cv-00003 (S.D. Tx.) (counsel of record for defendants-intervenors in challenge to federal moratorium); Texas, et al. v. United States, et al., 21-cv-00016 (S.D. Tx.) (counsel for amici in defense of Johnson Memo at issue here); Arizona, et al. v. United States Dep't Homeland Sec., 2:21-cv-00186 (D.Az.) (counsel for amici), on appeal, No. 21-16118 (9th Cir.) (same).

The policies and legal issues in this case are of significant interest to Prospective Amici and their members, because Plaintiffs' claims threaten the liberty interests of countless persons subject to immigration enforcement in Texas. Prospective Amici have a strong interest in the outcome of this litigation and respectfully submit that their perspective will aid this Court's deliberations. Accordingly, Prospective Amici respectfully request the Court's leave to file the attached brief.

Dated: August 13, 2021

Spencer E. Amdur*
Cody Wofsy
AMERICAN CIVIL LIBERTIES UNION
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-1198
samdur@aclu.org
cwofsy@aclu.org

Omar C. Jadwat
Michael K.T. Tan
Anand Balakrishnan
Noor Zafar
David Chen
AMERICAN CIVIL LIBERTIES UNION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
ojadwat@aclu.org
mtan@aclu.org
abalakrishnan@aclu.org
nzafar@aclu.org
dchen@aclu.org

Respectfully submitted,

*/s/Kathryn Huddleston*
Kathryn Huddleston
Andre Segura
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS, INC.
5225 Katy Fwy., Suite 350
Houston, Texas 77007
(713) 942-8146
khuddleston@aclutx.org
asegura@aclutx.org

*pro hac vice forthcoming*

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7

Proposed Amicus conferred with Plaintiff's counsel prior to filing, and they do not oppose this motion.

<u>/s/Kathryn Huddleston</u><br>Kathryn Huddleston

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing via the Court's ECF filing system.

<u>/s/Kathryn Huddleston</u><br>Kathryn Huddleston