UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHERIFF BRAD COE, *et al.*, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-168 |
| | § | |
| JOSEPH R. BIDEN, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the court is an unopposed motion for leave to file an amicus brief by the American Civil Liberties Union. Dkt. 35. That motion is granted. Accordingly, the amicus brief (Dkt. 35-1) is deemed filed.

Signed on Galveston Island on the 18th day of August, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE