United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRAD COE, *et al*, § § § *Plaintiffs*, § VS. § JOSEPH R BIDEN JR, *et al*, § § § *Defendants*. § | CIVIL ACTION NO. 3:21-CV-168 |

## ORDER

Before the court is the plaintiffs' motion to join additional plaintiffs. Dkt. 43. The motion is granted. Accordingly, Galveston County, Real County, and Real County Sheriff Nathan Johnson will be added to the plaintiffs in this matter. Additionally, the plaintiffs have the court's leave to amend their complaint.

Signed on Galveston Island on the 30th day of September, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE