# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:21-cv-00168 |
| JOSEPH R. BIDEN, JR., *et al.* ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE

Defendants provide notice that the Secretary of Homeland Security's *Guidelines for the Enforcement of Civil Immigration Law* (ECF 58-1) took effect on November 29, 2021. The new guidance rescinded the two interim memoranda: the January 20, 2021 *Interim Revision to Civil Immigration Enforcement and Removal Policies and Priorities* issued by then-Acting Secretary David Pekoske, and the February 18, 2021 *Interim Guidance: Civil Immigration Enforcement and Removal Priorities* issued by Acting ICE Director Tae D. Johnson. Defendants intend to file a motion to dismiss Plaintiffs' challenge to the Interim Guidance as moot and Plaintiffs' challenge to the new guidance for lack of jurisdiction and improper venue.

Defendants also provide notice that on November 30, 2021, the United States Court of Appeals for the Fifth Circuit vacated the stay of the preliminary injunction issued by the district court in *Texas v. United States*, No. 6:21-CV-00016, 2021 WL 3683913 at *20 (S.D. Tex. Aug. 19, 2021) against the enforcement prioritization in the interim memoranda.

*See* Ex. A. The panel opinion is therefore no longer binding as precedent, but it still serves as persuasive authority. *See Melot v. Bergami*, 970 F.3d 596, 599 n.11 (5th Cir. 2020) (finding a "thoughtful [circuit court] opinion" persuasive even though it had been "vacated as moot on rehearing"); *Johansen v. Trico Marine Int'l, Inc.*, No. CV H-07-3767, 2008 WL 11390861, at *8 (S.D. Tex. Aug. 29, 2008) ("the reasoning underlying" a vacated "decision remains persuasive authority.").

Dated: December 3, 2021          Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Acting Assistant Attorney General

                                         BRIGHAM J. BOWEN
                                         Assistant Branch Director

                                         */s/ Brian Rosen-Shaud*
                                         BRIAN C. ROSEN-SHAUD
                                         Attorney-in-charge
                                         ME Bar No. 006018
                                         ADAM D. KIRSCHNER
                                         IL Bar. No. 6286601
                                         Senior Trial Counsel
                                         MICHAEL F. KNAPP
                                         CA Bar No. 314104
                                         KUNTAL CHOLERA
                                         DC Bar No. 1031523
                                         Trial Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         Tel: (202) 305-7667
                                         Fax: (202) 616-8460
                                         Email: Brian.C.Rosen-Shaud@usdoj.gov
                                                      Adam.Kirschner@usdoj.gov
                                                      Michael.F.Knapp@usdoj.gov
                                                      Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 3, 2021.

/s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD