United States District Court
Southern District of Texas
**ENTERED**
December 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRAD COE, *et al*, <br><br> *Plaintiffs*, <br> VS. <br><br> JOSEPH R BIDEN JR, *et al*, <br><br> *Defendants*. | § <br> § <br> § <br> § CIVIL ACTION NO. 3:21-CV-168 <br> § <br> § <br> § <br> § <br> § |

## **ORDER**

Before the court is the plaintiffs' motion for an extension and to expand the page limit in their response to the defendants' motion to dismiss. Dkt. 64. The motion is granted. The plaintiffs have until January 17, 2022 to file their response. The response may be a maximum of 40 pages.

Signed on Galveston Island on the 27th day of December, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE