IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | Civil Action No. |
| v. ) | 3:21-CV-00168 |
| ) | |
| JOSEPH R. BIDEN, JR., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AFFIDAVIT UNDER SEAL**

Plaintiff Texas sheriffs, Texas counties, and the Federal Police Foundation, ICE Officers Division, hereby file this Motion for Leave to File Affidavit Under Seal. In support of this Motion, Plaintiffs state the following:

1. Plaintiffs wish to file a second supplemental affidavit from an Immigration and Customs Enforcement ("ICE") officer representing the Federal Police Foundation. This is the same affiant whose affidavit is the subject of the pending Motions for Leave to File Affidavit Under Seal.

2. The information in the second supplementary affidavit is likely be of significant importance in the adjudication of this case, because it describes the practices of Defendants in implementing the September 30 Memorandum. The information in the supplementary affidavit is directly responsive to Defendants' claim that the September 30 Memorandum operates significantly differently than the February 18 Memorandum

1

3.      As with the previous affidavits, the second supplementary affidavit contains information that could be used to identify ICE officers who have provided information concerning the procedures being used to implement the Memoranda at the center of this case. And the ICE officers in question fear that the revelation of their identity will result in their supervising officers punishing them. Such punishment could take the form of workplace reprimands, suspension, termination, or reassignment.

4.      Plaintiffs have conferred with Defendants, and Defendants are opposed to this Motion. However, because this Motion is substantially the same as the previous Motions for Leave to File Affidavit Under Seal, Plaintiffs and Defendants agree to incorporate by reference the briefing on the that motion and that no further briefing on this motion is necessary. Plaintiffs and Defendants also agree that the Court could rule on all three motions together.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Second Supplemental Affidavit of the Federal Police Foundation under seal, and that the Court thereby prohibit counsel for Defendants from providing that Affidavit to anyone in the Department of Homeland Security (DHS).

Dated:  January 14, 2022        By: s/ Kris W. Kobach
                                **Kris W. Kobach** (*Attorney-in-charge*)
                                Kansas Bar No. 17280, admitted *pro hac vice*
                                Alliance for Free Citizens
                                P.O. Box 155
                                Lecompton, Kansas 66050
                                Telephone: 913-638-5567
                                kkobach@gmail.com

**Brent P. Smith**
Texas Bar No. 24080722, admitted *pro hac vice*
County Attorney, Kinney County, Texas
P.O. Box 365
Brackettville, Texas 78832
Telephone: 830-563-2240
bsmith@co.kinney.tx.us

**Christopher J. Hajec**
D.C. Bar No. 492551, admitted *pro hac vice*
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 335
Washington, D.C. 20001
Telephone:  202-323-5590
info@irli.org

**Kimberly Kreider-Dusek**
Texas Bar No. 50511919
County Attorney, McMullen County, Texas
P.O. Box 237
Tilden, Texas 78072
kimberly.dusek@mcmullencounty.org

**Douglas Poole**
Texas Bar. No. 16115600
S.D. Texas Bar. No. 619
McLeod, Alexander, Powel, & Apffel, P.C.
802 Rosenberg
Galveston, Texas 77553
Telephone:  409-763-2481
dwpoole@mapalaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 14, 2022, I conferred with Defendants who represent that they are opposed to this motion, but are in agreement that no further briefing is necessary on this motion and that the court may refer to the briefing on the previous Motions for Leave to File Affidavit Under Seal.

/s Kris W. Kobach
KRIS W. KOBACH

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Leave to File Affidavit Under Seal was filed electronically and served on Defendants via the Court's CM/ECF system on this 14th day of January, 2022.

/s Kris W. Kobach
KRIS W. KOBACH