UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

|  |  |  |
|---|---|---|
| SHERIFF BRAD COE, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:21-cv-00168 |
| JOSEPH R. BIDEN, JR., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT MOTION TO EXTEND BRIEFING DEADLINE**

Defendants respectfully move this Court to extend the deadline for Defendants' reply brief in support of their motion to dismiss Plaintiffs' Second Amended Complaint to Wednesday January 26, 2022. Good cause supports Defendants' request. Undersigned counsel are preparing for a bench trial beginning February 1, 2022 in a related case in this Court. Plaintiffs consent to this motion.

Dated: January 18, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Attorney-in-charge
ME Bar No. 006018
Trial Attorney
ADAM D. KIRSCHNER

-1-

IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
   Adam.Kirschner@usdoj.gov
   Michael.F.Knapp@usdoj.gov
   Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300

Daniel.Hu@usdoj.gov

*Local Counsel*

### CERTIFICATE OF CONFERENCE

I certify that undersigned conferred with Plaintiffs' counsel on this motion and Plaintiffs consent to this motion.

*/s/ Brian Rosen-Shaud*
Brian Rosen-Shaud

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 18, 2022.

*/s/ Brian Rosen-Shaud*
Brian Rosen-Shaud