UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

|  |  |
|---|---|
| SHERIFF BRAD COE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:21-cv-00168 |
| ) | |
| JOSEPH R. BIDEN, JR., *et al.* ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO RECONSIDER**

Defendants oppose Plaintiffs' motion to reconsider, because the Court correctly denied the motion for preliminary injunction. That motion is moot.

On September 30, 2021, the Secretary of Homeland Security issued a memorandum, "Guidelines for the Enforcement of Civil Immigration Law" ("New Guidance"). *See* ECF No. 58-1. The seven-part "memorandum provides guidance for the apprehension and removal of noncitizens." *Id*. at 1. The New Guidance rescinded two memoranda—one issued on January 20, 2021, and the other issued on February 18, 2021—that constituted DHS's Interim Guidance for civil immigration enforcement.

Plaintiffs filed a motion for preliminary injunction of the Interim Guidance on July 8, 2021. *See* ECF No. 8. That motion is now moot, because the Interim Guidance has been rescinded.[1] *See* Defs.' Mot. to Dismiss 12-14, ECF No. 62. On that basis and with the

---

[1] Plaintiffs amended their Complaint to challenge the New Guidance on October 8, 2021. ECF No. 59. Defendants moved to dismiss the operative complaint on December 15, 2021. ECF No. 62.

1

consent of the Plaintiff States, Defendants moved to voluntarily dismiss their appeal of an injunction against the Interim Guidance, which the Fifth Circuit granted. *See* Order, *Texas v. United States*, No. 21-40618 (Feb. 12, 2022); Appellants' Mot., *Texas v. United States*, No. 21-40618 (Dec. 6, 2021). The Ninth Circuit likewise dismissed Arizona's appeal of a denial of a preliminary injunction of the Interim Guidance because the appeal was moot. Order, *State of Arizona v. U.S. Dep't of Homeland Security*, No. 21-16118 (Jan. 21, 2022). And Florida voluntarily dismissed its appeal of a denial of a preliminary injunction of the Interim Guidance because the appeal was moot. Appellant's Mot., *Florida v. United States*, No. 21-11715 (Dec. 10, 2021).

This Court correctly denied Plaintiffs' motion for preliminary injunction of enforcement guidance that has been rescinded. Plaintiffs' motion for reconsideration should be denied.

Dated: March 2, 2022                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Attorney-in-charge
ME Bar No. 006018
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523

Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
      Adam.Kirschner@usdoj.gov
      Michael.F.Knapp@usdoj.gov
      Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

      I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 2, 2022.

                                               */s/ Brian Rosen-Shaud*
                                               BRIAN C. ROSEN-SHAUD