## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

_____
)
SHERIFF BRAD COE, *et al.*                  )
                                            )
                          Plaintiffs,       )
        v.                                  )        No. 3:21-cv-00168
                                            )
JOSEPH R. BIDEN, JR., *et al.*              )
                                            )
                          Defendants.       )
_____)

### DEFENDANTS' ADVISORY

In opposing Defendants' motion to dismiss, Plaintiffs rely heavily on the Fifth Circuit's decision in *Texas v. Biden*, 20 F.4th 928 (5th Cir. 2021). Pls.' Opp., ECF No. 66 (citing *Texas* throughout); *see also* Defs.' Reply 2, 10-11, 14, ECF No. 72 (distinguishing *Texas*).

Defendants provide notice that the Supreme Court has granted the government's petition for writ of certiorari in *Texas* and scheduled argument for the Court's April 2022 argument session. *See* Order, *Biden v. Texas*, No. 21-954 (Feb. 18, 2022).

Dated: March 2, 2022                Respectfully submitted,

                                    BRIAN M. BOYNTON
                                    Principal Deputy Assistant Attorney General

                                    BRIGHAM J. BOWEN
                                    Assistant Branch Director

                                    */s/ Brian Rosen-Shaud*
                                    BRIAN C. ROSEN-SHAUD
                                    Attorney-in-charge

ME Bar No. 006018
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
        Adam.Kirschner@usdoj.gov
        Michael.F.Knapp@usdoj.gov
        Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas

1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed

electronically (via CM/ECF) on March 2, 2022.


*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD