United States District Court
Southern District of Texas
**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRAD COE, *et al.*,, | § | |
| | § | |
| *Plaintiffs*, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-CV-168 |
| | § | |
| JOSEPH R. BIDEN, JR., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the court are the plaintiffs' motions to file affidavits under seal. Dkts. 8, 41, 68. The motions are denied. "[D]istrict courts have the discretion to seal documents if the interests favoring nondisclosure outweigh the presumption in favor of the public's right to access." *E.E.O.C. v. A'GACI, LLC*, No. SA:14-MC-445-DAE, 2015 WL 510254, at *2 (W.D. Tex. Feb. 5, 2015). In their motions, the plaintiffs offer as "interests favoring nondisclosure" the notions that information in the affidavits could be "potentially embarrassing" to the defendants or could cause retaliation against the affiants by the federal government. *See, e.g.*, Dkt. 8 at 2. But the plaintiffs have not shown that either harm is likely, or that either outweighs the presumption that the public or the Department of Homeland Security has in obtaining access to the information.

Signed on Galveston Island this 16th day of March, 2022.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE