# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

|   |   |
|---|---|
| SHERIFF BRAD COE, *et al.* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JOSEPH R. BIDEN, JR., *et al.* )<br>)<br>Defendants. )<br>) | No. 3:21-cv-00168 |

## DEFENDANTS' ADVISORY

Defendants hereby respond to Plaintiffs' recent notice of the decision by the Southern District of Ohio in *Arizona v. Biden*, --- F. Supp. 3d ----, No. 3:21-cv-314, 2022 WL 839672 (S.D. Ohio Mar. 22, 2022), in which the district court issued a partial preliminary injunction of the Secretary of Homeland Security's *Guidelines for the Enforcement of Civil Immigration Law* ("September Guidance"). Pls.' Notice of Suppl. Auth. (ECF No. 81). Plaintiffs suggest they are supplying this supplemental authority in support of Plaintiffs' Motion to Reconsider (ECF No. 75) and in opposition to Defendants' Motion to Dismiss (ECF No. 62). The opinion in the Southern District of Ohio has no bearing on the question of whether this Court properly dismissed Plaintiffs' motion seeking to preliminarily enjoin now-superseded enforcement guidance. That motion is now moot because the interim enforcement guidance has been rescinded. *See* Defs.' Opp'n to Pls.' Motion to Reconsider (ECF No. 76).

1

As to Defendants' motion to dismiss, Defendants disagree with the decision of the Southern District of Ohio, and have already filed a notice of appeal and a motion for a stay pending appeal. *See Arizona v. Biden*, No. 3:21-cv-314 (S.D. Ohio), ECF Nos. 48, 49, 54. As Defendants explained in the briefing of their motion for a stay before the district court, the district court's preliminary injunction relies on multiple errors of law. *See, e.g., id*. ECF Nos. 49, 54. Plaintiffs now seek to have this Court compound those errors and apply them in this case. This Court should reject such an effort. Instead, this Court should consider the motion to dismiss based on the briefing before it.

Dated: March 31, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

 */s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Attorney-in-charge
ME Bar No. 006018
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov

        Adam.Kirschner@usdoj.gov
        Michael.F.Knapp@usdoj.gov
        Kuntal.Cholera@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 31, 2022.

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
