UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:21-cv-00168 |
| JOSEPH R. BIDEN, JR., *et al.* ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

On March 22, 2022, the U.S. District Court for the Southern District of Ohio entered a preliminary injunction enjoining DHS from relying in certain circumstances on the Secretary of Homeland Security's *Guidelines for the Enforcement of Civil Immigration Law*. On April 7, 2022, the U.S. Court of Appeals for the Sixth Circuit heard oral argument on the government's motion to stay the district court's injunction pending appeal, and today, on April 8, 2022, the Sixth Circuit issued an administrative stay of the Southern District of Ohio's preliminary injunction. *See* Ex. A.

Dated: April 8, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

1

/s/ Brian Rosen-Shaud
BRIAN C. ROSEN-SHAUD
Attorney-in-charge
ME Bar No. 006018
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
    Adam.Kirschner@usdoj.gov
    Michael.F.Knapp@usdoj.gov
    Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division

2

State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 8, 2022.

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD