UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.* | ) </br> ) </br> ) |
| Plaintiffs, | ) |
| v. | ) No. 3:21-cv-00168 |
| JOSEPH R. BIDEN, JR., *et al.* | ) </br> ) </br> ) |
| Defendants. | ) </br> ) |

**DEFENDANTS' MOTION TO LIFT STAY AND REQUEST FOR ORDER TO SHOW CAUSE**

This Court stayed these proceedings pending appellate proceedings in a closely related matter. *See* Minute Entry (July 14, 2022). In that case, the Supreme Court has now reversed the district court's vacatur of the DHS Priorities Memorandum. *See United States v. Texas*, 143 S.Ct. 1964 (2023). The Supreme Court "abide[d] by and reinforce[d] the proper role of the Federal Judiciary under Article III" in concluding that the district court lacked jurisdiction to hear plaintiffs' challenge to the federal government's law enforcement discretion. *Id.* at 1971-73.

Defendants move that this court lift the stay. Further, Defendants request that the Court issue an order to show cause why this case should not be dismissed in light of the Supreme Court's clear statement that a challenge to the enforcement guidance that Plaintiffs challenge in this case is not justiciable. Undersigned counsel conferred with Plaintiffs' counsel on June 26, 2023, July 24, 2023, and October 11, 2023. Plaintiffs' counsel reports that "Plaintiffs do not oppose either request, provided an order to show

1

cause gives them a reasonable time to comply, as they intend to argue that the case should not be dismissed in its entirety."

Dated: October 11, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD
Attorney-in-charge
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
KUNTAL CHOLERA
DC Bar No. 1031523
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 305-7667
Fax: (202) 616-8460
Email: Brian.C.Rosen-Shaud@usdoj.gov
      Michael.F.Knapp@usdoj.gov
      Kuntal.Cholera@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address
1100 L Street NW
Washington, D.C. 20005

EREZ REUVENI
CA Bar No. 264124
Assistant Director
U.S. Department of Justice
Civil Division, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

202-307-4293 (telephone)
Email: Erez.R.Reuveni@usdoj.gov

*Counsel for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on October 11, 2023.

*/s/ Brian Rosen-Shaud*
BRIAN C. ROSEN-SHAUD