United States District Court
Southern District of Texas
**ENTERED**
October 18, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHERIFF BRAD COE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:21-cv-168 |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the court is defendants' unopposed motion to lift the stay on this case. Dkt. 99. The court previously stayed all proceedings pending appellate review of analogous proceedings. *See* Minute Entry (July 14, 2022). That review has since concluded with the Supreme Court's opinion in *United States v. Texas*, 143 S. Ct. 1963 (2023).

In light of that ruling, the court lifts the previously imposed stay. The plaintiffs are ordered to submit to the court by **November 11, 2023,** a brief of no more than 10 pages setting forth why the ruling in *United States v. Texas* should not compel a dismissal of this case. A failure to comply with this order may result in a *sua sponte* dismissal.

SIGNED on Galveston Island this 18th day of October, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE