UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:21-cv-168 |
|---|---|---|---|

| SHERIFF BRAD COE, et al. |
|---|
| *versus* |
| JOSEPH R. BIDEN, JR., et al. |

| | |
|---|---|
| Lawyer's Name | Matt A. Crapo |
| Firm | Immigration Reform Law Institute |
| Street | 25 Massachusetts Ave., NW, Ste. 335 |
| City & Zip Code | Washington, DC 20001 |
| Telephone & Email | Tel: (571) 435-3582 |
| Licensed: State & Number | Email: mcrapo@irli.org |
| Federal Bar & Number | DC Bar. No. 473355 |

| Name of party applicant seeks to appear for: | SHERIFF BRAD COE, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/8/2023 | Signed: | /s/ Matt Crapo |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____   _____
                                                                 United States District Judge