United States District Court
Southern District of Texas
**ENTERED**
December 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SHERIFF BRAD COE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | 3:21-cv-168 |
| JOSEPH R. BIDEN, JR., *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the court is the plaintiffs' motion for leave to file their third amended complaint. Dkt. 103. The court finds good cause to grant the motion.

Accordingly, the court orders that the plaintiffs' Third Amended Complaint, Dkt. 103-1, is deemed filed among the papers of this case.

SIGNED on Galveston Island this 7th day of December, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE