UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SHERIFF BRAD COE, *et al.*, § § § Plaintiffs, § § VS. § § JOSEPH R. BIDEN, JR., *et al.*, § § Defendants. § § § | 3:21-cv-168 |

# **FINAL JUDGMENT**

Pursuant to the court's memorandum opinion, Dkt. 110, entered in this case granting the defendants' motion to dismiss, Dkt. 107, it is ordered that this case is dismissed with prejudice.

### **THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 27th day of March, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE